# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Aisha Jenkins,
Plaintiff(s),

v.

Kilolo Kijakazi,
Acting Commissioner of Social Security

Defendant(s).

Case No. 1:23-cv-01775
Judge Beth W. Jantz

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

which ☐ includes     pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant
   and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s)

☒ other: Judgment is hereby entered in favor Plaintiff, Aisha Jenkins and against Kilolo Kijakazi, Acting Commissioner of Social Security Administration. The ALJ's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g) with remand to the Social Security Administration for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Beth W. Jantz on Agreed Motion for Reversal with Remand.

Date: 5/30/2023

Thomas G. Bruton, Clerk of Court
Anthony J. Squillante, Deputy Clerk